Woodland Realty Associates LLC, Petitioner-Landlord-Respondent, 
against
Matthew Kehoe, Respondent-Tenant-Appellant.




Tenant appeals from 1) a final judgment of the Civil Court of the City of New York, New York County (Jack Stoller, J.), entered December 31, 2018, after a nonjury trial, awarding landlord possession and a recovery of rent arrears in the sum of $13,591.39 in a nonpayment summary proceeding; 2) an order (same Court and Judge) dated February 25, 2019, vacating the final judgment and directing entry of an amended final judgment reflecting rent arrears of $18,336.69; and 3) an order (same Court, Timmie Erin Elsner, J.), dated April 8, 2019, denying his motion, in effect, for a further stay of execution of the warrant of eviction.




Per Curiam.
Appeal from order (Jack Stoller, J.), dated February 25, 2019, deemed an appeal from the ensuing amended final judgment (same court and Judge), entered February 25, 2019, and so considered (see CPLR 5520[c]), amended final judgment affirmed, without costs. Execution of the warrant of eviction is permanently stayed. Appeal from final judgment (Jack Stoller, J.) entered December 31, 2018, dismissed, without costs, as superceded by the amended final judgment. Appeal from order (Timmie Erin Elsner, J.) dated April 8, 2019, dismissed, without costs, as academic.
As tenant failed to articulate any specific, non-conclusory substantive arguments in support of his appeal from the final judgment, that appeal is deemed abandoned (see Metro 8 Med. Equip., Inc. v Esurance Ins. Co., 52 Misc 3d 126[A], 2016 NY Slip Op 50904[U] [App Term, 1st Dept 2016]; see also Sherman Realty LLC v Kevelier, 58 Misc 3d 144[A], 2017 NY Slip Op 51915[U] [App Term, 1st Dept 2017]). However, since the final judgment has now been satisfied and tenant has complied with his payment obligations during the pendency of this appeal, we exercise our discretion and permanently stay execution of the warrant so as to avoid a forfeiture of the long-term stabilized tenancy (see B & B Manhattan, LLC v Sack, 12 Misc 3d 128[A], 2006 NY Slip Op 50959[U] [App Term, 1st Dept 2006]).
In view of our determination, we reach no other issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: February 7, 2020